IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JAMES E. HANSON,
#10509-09                                                                                          PLAINTIFF

v.                                                  4:09CV00494HLJ

NURSE LUMPKIN, et al.                                                                     DEFENDANTS

ORDER

This matter is before the Court on plaintiff's motion to compel (DE #31). Defendants have filed a response in opposition to the motion (DE #34).

By Order dated November 19, 2009, this Court directed defendants to respond to plaintiff's request for documents within thirty days (DE #38). The documents included in this request appear to be the same documents set forth in plaintiff's motion to compel. In their response to plaintiff's motion, defendants ask that plaintiff's motion be denied as moot because their thirty-day time limit to provide the discovery has not yet expired. Accordingly,

IT IS, THEREFORE, ORDERED that plaintiff's motion to compel is hereby DENIED as premature.

DATED this 30th day of November, 2009.

_____
United States Magistrate Judge