IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JAMES E. HANSON,
REG. #14040-035                                                                                          PLAINTIFF

v.                                                4:09CV00494JTK

NURSE LUMPKIN, et al.                                                                               DEFENDANTS

## JUDGMENT

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED with prejudice. The relief sought is denied.

IT IS SO ADJUDGED this 17th day of August, 2010.

_____
United States Magistrate Judge